IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| IN RESPONSE TO:<br>Case No. 17-12560 (BLS), Woodbridge Group of Companies, LLC<br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the<br>WOODBRIDGE LIQUIDATION TRUST | HAROLD PLAIN, Defendant<br>Adversary Proceeding Case 19-50974-BLS<br>FOR AVOIDANCE AND RECOVERY OF AVOIDABLE TRANSFERS;<br>AND FOR SALE OF UNREGISTERED SECURITIES FOR FRAUD AND FOR AIDING AND ABETTING FRAUD |

### Answer to First Claim for Relief *(paragraphs 22, 23, 24, 25, and 26)*

At no time was I aware of a pending intent to file a Chapter 7 bankruptcy petition. I was notified along with all the other employees after the filing had occurred. Also, I was told that the bankruptcy was voluntary and I was asked by the Trustee of the voluntary bankruptcy to stay on and keep working.

### Answer to Second Claim for Relief *(paragraphs 27, 28, 29, 30, and 31)*

At no time during the two years preceding the voluntary Chapter 7 filing was I aware of any illegality or intent to defraud clients on the part of the company or its employees.

### Answer to Third Claim for Relief *(paragraphs 32, 33, 34, 35, and 36)*

At no time during the two years preceding the voluntary Chapter 7 filing was I aware of any illegality or intent to defraud clients on the part of the company or its employees.

### Answer to Fourth Claim for Relief *(paragraphs 37, 38, 39, 40, 41, 42, and 43)*

At no time during the two years preceding the voluntary Chapter 7 filing was I aware of any illegality or intent to defraud clients on the part of the company or its employees.

### Answer to Fifth Claim for Relief *(paragraphs 44, 45, 46, 47, 48, 49, and 50)*

At no time during the two years preceding the voluntary Chapter 7 filing was I aware of any illegality or intent to defraud clients on the part of the company or its employees.

### Answer to Sixth Claim for Relief *(paragraphs 51, 52, 53, 54, 55, 56, and 57)*

At no time was I aware of any issues related to the sale of unregistered securities. I was led to believe by Management that opportunities I was asked to offer were legal and that they had been approved by the company's legal staff.

### Answer to Seventh Claim for Relief *(paragraphs 58, 59, 60, 61, 62, and 63)*

At no time was I ever aware that any of the statements I made to investors were untrue. Any and all representations I made were approved by the legal staff of the company and I had no reason to suspect their veracity.

### Answer to Seventh Claim for Relief *(paragraphs 64, 65, 66, 67, 68, and 69)*

At no time was I aware of actions taken by Robert Shapiro that were fraudulent or misrepresented. I was not aware at any time of the fraudulent nature of his actions. I did not knowingly or substantially assist Robert Shapiro in the perpetration of his fraudulent activities. I

FILED
2020 JAN 15 AM 10: 46
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

| IN RESPONSE TO:<br>Case No. 17-12560 (BLS), Woodbridge Group of Companies, LLC<br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the<br>WOODBRIDGE LIQUIDATION TRUST | HAROLD PLAIN, Defendant<br>Adversary Proceeding Case 19-50974-BLS<br>FOR AVOIDANCE AND RECOVERY<br>OF AVOIDABLE TRANSFERS;<br>AND FOR SALE OF UNREGISTERED<br>SECURITIES FOR FRAUD AND FOR<br>AIDING AND ABETTING FRAUD |
|---|---|

did not knowingly aid and abet in the perpetration of a fraud. In fact, I am now the victim of the fraudulent actions perpetrated by Robert Shapiro.

**Answer to Prayer One**
Deny (See Answer to Claim One)

**Answer to Prayer Two**
Deny (See Answer to Claims Two, Three, Four, and Five)

**Answer to Prayer Three**
Deny (See Answer to Claim Six)

**Answer to Prayer Four**
Deny (See Answer to Claim Seven)

**Answer to Prayer Five**
Deny (See Answer Claim to Eight)

Submitted by:

Date: 01/13/2020

Harold Plain, as an individual

In Pro Per

PLEASE SEE ATTACHED
CURRENT CALIFORNIA
NOTARY FORM

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  Los Angeles

On Jan 13, 2020 before me,  William U. Gutierrez , Notary Public, personally appeared

Harold Plain

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under Penalty of Perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

WILLIAM U. GUTIERREZ
COMM. # 2218481
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Oct. 16, 2021

_____
Signature of Notary Public

(Notary Seal)

## OPTIONAL INFORMATION

*The acknowledgment contained within this document is in accordance with California law. Any certificate of acknowledgement performed within the State of California shall use the preceding wording pursuant to Civil Code section 1189. An acknowledgment cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. In addition, the correct notarial wording can only be signed and sealed by a notary public. The seal and signature cannot be affixed to a document without the correct notarial wording.*

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
(Title of document)

Number of Pages _____ (Including acknowledgment)

Document Date _____

**CAPACITY CLAIMED BY SIGNER**

_____ Individual
_____ Corporate Officer
_____ Partner
_____ Attorney-In-Fact
_____ Trustee
_____ Other: _____

MMXV H.WARDALE 925.786.8909   www.TotallyNotary.net