# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50974 (JKS) |
| vs. | |
| HAROLD PLAIN, | **Ref Docket. No. 64** |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 8, 2022, I caused to be served the "Order" dated February 23, 2022, [Docket No. 64], by causing a true and correct copy to be

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

delivered via electronic mail to the following parties: *hal.plain@gmail.com, and drplain@gmail.com*.

      */s/ Angela Chachoff*
      Angela Chachoff

Sworn to before me this
9th day of March, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024